U.S. DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BOSTON TEACHERS UNION, LOCAL 66 AFT MASSACHUSETTS, AFT, AFL-CIO<br>    Plaintiff,<br><br>vs.<br><br>THE SCHOOL COMMITTEE OF THE CITY OF BOSTON AND THE BOSTON PUBLIC SCHOOLS<br>    Defendants. | CIVIL ACTION NO.: 22-CV-10196MPK |

## DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the parties in the above-captioned action hereby do stipulate and agree as follows:

1) This case shall be dismissed without prejudice of re-filing; and
2) Each party shall bear their own costs and fees.

ATTORNEY FOR PLAINTIFF:

/s/ *Jillian M. Guilfoyle*
Jamie Goodwin, BBO #673207
*jg@dgpfirm.com*
Jillian M. Guilfoyle BBO #693493
*jmg@dgpfirm.com*
Duddy, Goodwin & Pollard
2 Center Plaza, Suite 610
Boston, MA 02108
860-999-9394

ATTORNEY FOR DEFENDANTS:

/s/ *Sebastian Derian*
Sebastian Derian BBO #706819
*sderian@bostonpublicschools.org*
Office of Legal Advisor
Boston Public Schools
2300 Washington Street
Roxbury, MA 02119
617-635-9320

## CERTIFICATE OF SERVICE

I, Jillian M. Guilfoyle, attorney for Plaintiff, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 29th day of July, 2022.

/s/ *Jillian M. Guilfoyle*
Jillian M. Guilfoyle